UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

XIOMARA AZUCENA SUARTE MARIN,

Petitioner,

v.

WARDEN OF ADELANTO ICE PROCESSING CENTER,

Respondent.

Case No. 5:25-cv-03500-CV-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Report and Recommendation of the United States Magistrate Judge, Respondent's Objections and Amended Objections (the "Objections"), and Petitioner's Response to the Objections. The Court has conducted a *de novo* review of those portions of the Report and Recommendation to which Objections were directed. Having conducted a *de novo* review, the Objections do not cause the Court to alter or modify the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Amended Petition is GRANTED. Respondent is enjoined from re-detaining Petitioner Xiomara Azucena Suarte Marin (A# 246-017-846) ("Petitioner") without providing her with, at a minimum, individualized notice describing the change in circumstances necessitating her arrest and detention, and a pre-deprivation bond hearing before an immigration judge at which Respondent demonstrates by clear and convincing evidence, that Petitioner is a flight risk or a danger to the community, and that there are no conditions that will reasonable assure Petitioner's appearance and the safety of any other person in the community.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/19/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE