**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIOMARA AZUCENA SUARTE MARIN,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER,<br>Respondent. | Case No. 5:25-cv-03500-CV-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Amended Petition is GRANTED. Respondent is enjoined from re-detaining Petitioner Xiomara Azucena Suarte Marin (A# 246-017-846) ("Petitioner") without providing her with, at a minimum, individualized notice describing the change in circumstances necessitating her arrest and detention, and a pre-deprivation bond hearing before an immigration judge at which Respondent demonstrates by clear and convincing evidence, that Petitioner is a flight risk or a danger

to the community, and that there are no conditions that will reasonable assure Petitioner's appearance and the safety of any other person in the community.

DATED: 10/19/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE